IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff, :

                                                      Case No. CR-3-13-293

vs. :

                                                      Judge ZOUHARY

ADDISON RICHARDSON, :

    Defendant :

## CONSENT TO TRANSFER FOR PLEA AND SENTENCE PURSUANT TO FED. R. CRIM. P. 20

Defendant Addison Richardson hereby states:

I, Addison Richardson, defendant in above case, wish to plead guilty to the offense of Coercion and Enticement, in violation of 18 U.S.C. § 2422(b), charged in an indictment pending against in the Northern District of Ohio. I also wish to waive trial in the Northern District where the indictment is pending. I consent to the disposition of the case in the Southern District of Ohio, where I am under arrest and indicted on additional charges.

Date: 12/16/13

Addison Richardson

Karen Held Phipps ( OH: 0076282)
Counsel for Defendant

The request of the defendant for disposition of this case in the Southern District of Ohio is approved by the following U.S. Attorneys:

Carter M Stewart
U.S. Attorney
Southern District of Ohio

Steven M. Dettelbach
U.S. Attorney
Northern District of Ohio

KAREN HELD PHIPPS
283 SOUTH THIRD STREET
COLUMBUS, OHIO
43215

PHONE: (614) 583-9165
FAX: (614) 583-9171